IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOUIS ALFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:23-cv-00272 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| BRANDON DEFFENDOLL, ZACHARY SMITH, and CANNON COUNTY, TENNESSEE, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is Defendants' motion for summary judgment (Doc. No. 27, "Motion"), wherein Defendants seek summary judgment in their favor on all of Plaintiff's claims. In support of the Motion, Defendants filed a memorandum (Doc. No. 28) and a "Statement of Undisputed Material Facts" (Doc. No. 29). Plaintiff filed a response in opposition (Doc. No. 33) and a response to Defendants' statement of material facts (Doc. No. 32). Defendants thereafter filed a reply (Doc. No. 36, "Reply").

For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED IN PART AND DENIED IN PART. Specifically, the Motion is granted as to Count I, which contains Plaintiff's federal claims (which are brought against all Defendants under 42 U.S.C. § 1983), and summary judgment is granted to Defendants as to those claims. However, the Motion is denied as to Counts II, III and IV, which present Plaintiff's state-law claims. The state-law claims are dismissed without prejudice, leaving Plaintiff free to file them in an appropriate state court, subject to all applicable temporal and procedural requirements.

The Clerk is directed to enter judgment under Rule 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE